IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                                                                              No. CR 07-0620 JB

JUAN GERARDO CORONADO-MEZA,

      Defendant.

## MEMORANDUM OPINION AND ORDER

**THIS MATTER** comes before the Court on the Defendant's Motion to Deviate from Advisory Guideline Recommendation, filed September 11, 2008 (Doc. 35). The Court held a hearing on October 10, 2008. The primary issue is whether the Court should vary from the recommended advisory guideline range.[1] The Court concludes that the advisory guideline sentence for Defendant Juan Gerardo Coronado-Meza produces a sentence that fairly reflects the factors in 18 U.S.C. § 3553(a). Because of the extent and variety of Coronado-Meza's criminal history, which includes violent crimes, the Court believes that the factor of deterrence in 18 U.S.C. 3553(a) dominates over others that might suggest a variance. For reasons stated on the record at the hearing and otherwise consistent therewith, the Court declines to vary downward from the guideline sentence.

**IT IS ORDERED** that the Defendant's Motion to Deviate from Advisory Guideline Recommendation is denied. The Court sentences Coronado-Meza to a term of 70 months with

---

[1] Although the motion is styled "Defendant's Motion to Deviate . . .," Coronado-Meza clarified at the hearing that he was requesting a variance. Unofficial Court Reporter's Transcript of Sentencing Hearing at 9:17 (held October 10, 2008) (Arellanes).

supervised release for a term of two years.

_____
UNITED STATES DISTRICT JUDGE

Counsel:

Gregory J. Fouratt
  United States Attorney
Norman Cairns
  Assistant United States Attorney
United States Attorney's Office
Albuquerque, New Mexico

*Attorneys for the Plaintiff*

Angela Arellanes
Albuquerque, New Mexico

*Attorney for the Defendant*